**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.  3:24-MC-062-KDB-DCK**

| | | |
|---|---|---|
| **KOMPAN A/S, and KOMPAN INC.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CUNNINGHAM ASSOCIATES, INC.,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) filed by Local Counsel T. Richmond McPherson III on June 13, 2024.

Applicant Deborah A. Laughton seeks to appear as counsel *pro hac vice* for Respondent Cunningham Associates, Inc.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **GRANTED**.  Deborah A. Laughton is hereby admitted *pro hac vice* to represent Respondent Cunningham Associates, Inc.

**SO ORDERED**.

Signed: June 13, 2024

David C. Keesler
United States Magistrate Judge